IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                          CRIMINAL NO. 3:06cr119-DPJ-JCS

ADRIAN WILSON                                                                DEFENDANT

**AGREED FINAL ORDER OF FORFEITURE OF
$368,000.00 IN UNITED STATES CURRENCY**

WHEREAS, on February 12, 2007, this Court entered an Agreed Preliminary Order of Forfeiture, ordering Defendant, Adrian Wilson, to forfeit the following properties:

**Personal Property**
$368,000.00 in U. S. Currency

**Real Property**
1200 Starlight Court
Cedar Hill, Texas

WHEREAS, the United States caused to be published in the *Clarion Ledger* and in the *Daily Commercial Record*, both newspapers of general circulation, a notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and;

WHEREAS, on March 28, 2007, Trustmark National Bank filed a Verified Petition for Hearing to Adjudicate the Validity of Interest in Personal Property alleging that $86,692.81, of the $368,000.00 in United States Currency subject to forfeiture to the United States, is the property

of Trustmark National Bank and that Trustmark National Bank is an innocent owner of this property.

WHEREAS, the United States has determined, as provided for in the Stipulation to Recognize Claim of Trustmark National Bank filed in this matter on April 13, 2007, that Trustmark National Bank has a valid legal interest in Eighty Four Thousand, Eight Hundred Dollars ($84,800.00) of the $368,000.00 in United States Currency seized by the government in this matter;

WHEREAS, the Court finds that Trustmark National Bank has a legal interest in the property that is subject to forfeiture pursuant to Section 853 (n)(6), Title 21, United States Code;

WHEREAS, the Court finds that other than Trustmark National Bank, no other petitions have been filed claiming an interest in the $368,000.00 in United States Currency seized in this matter;

WHEREAS, the United States has agreed to release to Trustmark National Bank the sum of Eighty Four Thousand, Eight Hundred Dollars ($84,800.00) from the $368,000.00 in U. S. Currency seized by the government as satisfaction of the claim of Trustmark National Bank;

IT IS THEREFORE ORDERED AND ADJUDGED that Trustmark National Bank has established a legal interest in the sum of Eighty Four Thousand, Eight Hundred Dollars ($84,800.00) from the $368,000.00 in United States Currency seized and that Eighty Four Thousand, Eight Hundred Dollars ($84,800.00) of the $368,000.00 in United States Currency seized in this matter, shall be released to Trustmark National Bank as satisfaction of their claim;

IT IS FURTHER ORDERED AND ADJUDGED that all right, title and interest in the sum of Two Hundred Eighty Three Thousand, Two Hundred Dollars ($283,200.00), which constitutes

the remaining balance of the $368,000.00 in United States Currency seized, is hereby forfeited to the United States for disposition according to law;

IT IS FURTHER ORDERED AND ADJUDGED that in all other respects, each party shall bear its own costs and attorney fees.

**SO ORDERED AND ADJUDGED** this the 27th day of August, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE


Agreed:

s/*Jerry L. Rushing*
Jerry L. Rushing
Assistant U.S. Attorney


s/ William E. Jones, III
William E. Jones, III
Attorney for Claimant
Trustmark National Bank